UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 8:05-cr-271-T-24MAP

WILLIE LEE GANT

## ORDER

This cause came on for consideration upon the filing of Defendant's Motion to Reopen Defendant Willie Lee Gant's Detention Hearing and to Set Reasonable Bail (Dkt. 14).

On July 19, 2005, the Court held a hearing regarding the issue of detention. At that hearing, Defendant presented the testimony of his mother and sister. The Court ordered that Defendant be detained. The only new "proffered facts" offered by Defendant in his Motion relate to the value of the two pieces of property that Defendant's mother and sister offered to post as bond at the July 19, 2005, hearing and that "Defendant has several family members who are willing to sign promissory notes and are willing to act as third party custodians." Defendant also suggests that the Court consider a corporate surety bond.

The Court finds that these proffers, if substantiated, would not rebut the presumption for detention under the circumstances outlined at the July 19, 2005 hearing. Accordingly, Defendant's

Motion to Reopen Defendant Willie Lee Gant's Detention Hearing and to Set Reasonable Bail (Dkt. 14) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on this 12th day of August, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant